```
 1
 2
 3
 4
 5
 6
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **HENRY ANTHONY AYALA,** | ) |
| Petitioner, | ) Case No. CV 14-4027 DMG (AJW) |
| v. | ) |
| **JEFFREY BEARD,** | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: December 28, 2015

_____
DOLLY M. GEE
United States District Judge