UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HENRY ANTHONY AYALA, | ) Case No. CV 14-4027-DMG (AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JEFFREY BEARD, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is DENIED.

DATED: December 28, 2015

_____
DOLLY M. GEE
United States District Judge